**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1381**

───────────────

TYQASHIA SELLERS,

            Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:23-cv-00056-CCE-LPA)

───────────────

Submitted:  June 22, 2023                    Decided:  June 26, 2023

───────────────

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

TyQashia Sellers, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

TyQashia Sellers appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Seller's complaint under 28 U.S.C. § 1915(e)(2)(B)(i). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Sellers v. United States*, No. 1:23-cv-00056-CCE-LPA (M.D.N.C. April 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2